UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:15-CR-55-T-17AAS

JAVIER ROSALES.

_____/

ORDER

This cause is before the Court <u>sua sponte</u>. This cause is set for trial on Monday, September 26, 2016. The Court directs the Government and Defendant Rosales to confer as to proposed jury instructions and proposed verdict forms, and **file the following by Wednesday, September 21, 2016:** 1) a package of jury instructions to which both parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendant Rosales objects, if any; and 3) a package of Defendant Rosales' proposed jury instructions to which the Government objects, if any. If the parties agree on the verdict form, the parties shall file one proposed verdict form. If the parties cannot agree, each party shall file a proposed verdict form. Accordingly, it is

**ORDERED** that the parties shall file their proposed jury instructions and verdict form in accordance with this Order by **Wednesday, September 21, 2016**.

Case No. 8:15-CR-55-T-17AAS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of September, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record